1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11   JAIME L. GUERRERO,              )
                                     )
12              Petitioner,          )        No. SACV 08-0560-MMM (RCF)
                                     )
13        v.                         )        JUDGMENT
                                     )
14   DEBRA DEXTER, Warden,           )
                                     )
15              Respondent.          )
                                     )
16   _____)

17        Pursuant to the Order Accepting Findings and Recommendations of United States

18   Magistrate Judge,

19        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

20

21   DATED:   July 29, 2011

22
                          _____
23                        MARGARET M. MORROW
                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28